# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MEJEL JEFFREYS, on behalf of herself and all others similarly situated, | CASE NO. 5:22-cv-371 |
| PLAINTIFFS, | CHIEF JUDGE SARA LIOI |
| vs. | JUDGMENT ENTRY |
| HEALTH CARE FACILITY MANAGEMENT, LLC d/b/a COMMUNICARE FAMILY OF COMPANIES, et al., | |
| DEFENDANTS. | |

For the reasons set forth in the contemporaneously filed memorandum opinion and order, the Joint Motion for Approval of Settlement (Doc. No. 63) is granted. The claims in the amended complaint are dismissed with prejudice, and this case is closed. The Court retains jurisdiction to enforce the settlement.

**IT IS SO ORDERED**.

Dated: November 15, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**